**ORIGINAL**

◈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ California

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH
AND DEVELOPMENT TRUST,

**SUMMONS IN A CIVIL ACTION**

V.

CENTRAL PURCHASING, LLC, a California Corporation; and
DOES 1 – 100

CASE NUMBER:

JLI

TO: (Name and address of Defendant)

Central Purchasing, LLC
Corporation Service Company Which Will
Do Business In California as CSC –
Lawyers Incorporating Service
2730 Gateway Oaks Dr., Suite 100
Sacramento, CA 95833

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Melody A. Kramer
Kramer Law Office, Inc.
9930 Mesa Rim Rd., Suite 1600
San Diego, CA 92121
858-362-3150

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.

FEB 1 5 2008

CLERK                                                    DATE

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

| *Attorney or Party without Attorney:*<br>MELODY A. KRAMER, ESQ, Bar #169984<br>KRAMER LAW OFFICE, INC.<br>9930 MESA RIM RD., STE 1600<br>SAN DIEGO, CA 92126<br>*Telephone No:* 858-362-3150<br><br>*Attorney for:* Plaintiff | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Ref. No. or File No.:* | | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Southern District Of California | | | | |
| *Plaintiff:* JENS ERIK SORENSEN<br>*Defendant:* CENTRAL PURCHASING, LLC | | | | |
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08 CV 0309 JLS CAB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT ; CIVIL COVER SHEET; NOTICE OF RELATED CASES .

3. a. Party served:           CENTRAL PURCHASING, LLC, A CALIFORNIA CORPORATION
   b. Person served:          BECKY DEGEORGE, AGENT FOR SERVICE.

4. Address where the party was served:    2730 GATEWAY OAKS DR.
                                           SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Feb. 25, 2008 (2) at: 10:50AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: CENTRAL PURCHASING, LLC, A CALIFORNIA CORPORATION
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MICHAEL MORRIS                                                 d. *The Fee for Service was:* $9570

   **First Legal Support Services** SM                               e. I am: (3) registered California process server
   ATTORNEY SERVICES                                                     (i)   Independent Contractor
   1814 "I" STREET                                                       (ii)  Registration No.:    04-009
   Sacramento, CA 95814                                                  (iii) County:              Sacramento
   (916) 444-5111, FAX 443-3111                                          (iv)  Expiration Date:     Wed, Jul. 30, 2008

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Mon, Mar. 03, 2008

   Judicial Council Form POS-010            PROOF OF SERVICE            (MICHAEL MORRIS)
   Rule 982.9.(a)&(b) Rev January 1, 2007                                                909552.melkr.116913