MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

Susan E. Basinger
Higgs Fletcher & Mack LLP
401 West "A" Street, Suite 2600
San Diego, California 92101
basinger@higgslaw.com

Attorney for Defendant
CENTRAL PURCHASING, LLC

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff<br>v.<br><br>CENTRAL PURCHASING, LLC, a California Corporation; and DOES 1 – 100,<br><br>Defendants. | Case No. 08 cv 309 BTM CAB<br><br>**JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT CENTRAL PURCHASING, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[Hon. Barry Ted Moskowitz] |

On February 15, 2008, Plaintiff Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust ("Plaintiff") filed a Complaint for Patent Infringement against CENTRAL PURCHASING, LLC, a California Corporation, in the United States District Court for the Southern District of California, Case No. 3:08-cv-309-BTM-CAB.

According to Plaintiff, Defendant Central Purchasing, LLC's response to the Complaint for Patent Infringement is due on March 17, 2008. Plaintiff has agreed to extend the deadline for Defendant Central Purchasing, LLC to respond to Plaintiff's Complaint from March 17, 2008 to April 1, 2008.

## STIPULATION

Plaintiff and Defendant Central Purchasing, LLC, by and through their respective counsel, hereby stipulate to and jointly move the Court to extend deadline for **Defendant Central Purchasing, LLC** to respond to Plaintiff's Complaint for Patent Infringement from March 17, 2008 to **April 1, 2008**.

The parties have authorized electronic signatures for purposes of this Joint Motion.

IT IS SO STIPULATED.

DATED this Monday, March 17, 2008.

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, Plaintiff

/s/ J. Michael Kaler
-----
Melody A. Kramer/J. Michael Kaler
Attorneys for Plaintiff

CENTRAL PURCHASING, LLC, Defendant

/s/ Susan E. Basinger
-----
Susan E. Basinger/Mark J. Rosenberg
Attorneys for Defendant

SUSAN E. BASINGER, ESQ. (Bar No. 140864)
basinger@higgslaw.com
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

MARK J. ROSENBERG, ESQ.
mrosenberg@sillscummis.com
SILLS, CUMMIS & GROSS P.C.
One Rockefeller Plaza
New York, NY 10020
TEL: (212) 500-1563
FAX: (212) 643-6500

Attorneys for Defendant
CENTRAL PURCHASING LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL PURCHASING LLC, a California corporation; and DOES 1-100,<br><br>Defendant. | CASE NO. 08 CV 0309 BTM CAB<br><br>**PROOF OF SERVICE BY MAIL**<br><br><br>CASE FILED:  February 15, 2008<br>TRIAL DATE:   Not Yet Set |

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 401 West "A" Street, Suite 2600, San Diego, California 92101-7913. A copy of the within document(s): JOINT MOTION RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

**BY ELECTRONIC FILING):**

   I am familiar with the United States District Court, Southern
   District of California's practice for collecting and

849888.1                                                                    CASE NO. 08 CV 0309 JLS CAB

processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Melody A. Kramer, Esq.<br>Kramer Law Offices, Inc.<br>9930 Mesa Rim Road, Suite 1600<br>San Diego, CA 92121 | <u>Attorney for Plaintiff</u><br>JENS ERIK SORENSEN, as Trustee of Sorensen Research and Development Trust<br>Phone: (858) 362-3150<br><u>mak@kramerlawip.com</u> |
| J. Michael Kaler, Esq.<br>Kaler Law Offices<br>9930 Mesa Rim Road, Suite 200<br>San Diego, CA 92121 | <u>Attorney for Plaintiff</u><br>JENS ERIK SORENSEN, as Trustee of Sorensen Research and Development Trust<br>Phone: (858) 362-3151<br><u>Michael@kalerlaw.com</u> |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 17, 2008, at San Diego, California.

_____
THERESE KETTERINGHAM 105683-1

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

849888.1                                   2                              CASE NO.