UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　　　　　　Plaintiff<br><br>　v.<br><br>CENTRAL PURCHASING, LLC, a California Corporation; and DOES 1 – 100,<br><br>　　　　　　　　　Defendants. | ) Case No. 08 cv 309 BTM CAB<br>)<br>)<br>) **ORDER EXTENDING DEADLINE FOR**<br>) **DEFENDANT CENTRAL PURCHASING,**<br>) **LLC TO RESPOND TO PLAINTIFF'S**<br>) **COMPLAINT**<br>)<br>) [Hon. Barry Ted Moskowitz]<br>)<br>)<br>)<br>)<br>) |

　　　Pursuant to stipulation by the parties and good cause appearing therefore, the Court hereby grants Plaintiff and Defendant Central Purchasing, LLC's Joint Motion to extend the deadline for Defendant Central Purchasing, LLC to respond to Plaintiff's complaint from March 17, 2008 to April 1, 2008.

　　　IT IS SO ORDERED.

Dated:　　March 19, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　Judge of the United States District Court