J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br>               Plaintiff <br>    v. <br><br> CENTRAL PURCHASING, LLC, a California Corporation; and DOES 1 – 100, <br><br>              Defendants. <br> _____ <br> and related counterclaims. <br> _____ | Case No. 08 CV 309 BTM CAB <br><br><br><br> **REPLY TO COUNTERCLAIMS OF CENTRAL PURCHASING, LLC** |

1    Plaintiff/Counterdefendant Jens Erik Sorensen as Trustee of Sorensen

2  Research and Development Trust ("SRDT"), hereby respectfully replies to the

3  specific numbered paragraphs identified of the Counterclaims of

4  Defendant/Counterclaimant Central Purchasing, LLC ("Defendant") as follows:

5                          Nature and Basis of the Action

6    1.    Admit that Defendant's counterclaim is for declaratory judgment, and

7  DENY the rest of the allegation, including denying that the '184 patent is invalid and

8  denying that the '184 patent is not infringed.

9                          Jurisdiction and Venue

10    2.    Admit.

11    3.    Admit.

12                          COUNT I

13    4.    SRDT incorporates by reference the responses to paragraphs 1 through

14  3 as though fully set forth herein.

15    5.    Deny, the validity of the '184 patent is presumed, and filing a lawsuit to

16  enforce the patent does not create a controversy as to its validity.

17    6.    Deny.

18                          COUNT II

19    7.    SRDT incorporates by reference the responses to paragraphs 1 through

20  6 as though fully set forth herein.

21    8.    Admit.

22    9.    Deny.

23

24    **WHEREFORE,** SRDT prays that judgment on Central Purchasing, LLC be

25  entered as follows:

26    a.    For judgment in favor of SRDT and Central Purchasing on all requested

27  relief;

28    b.    That this case be decreed an "exceptional case" and SRDT is awarded

1    reasonable attorneys' fees by the Court pursuant to 35 U.S.C. § 285;

2          c.       For costs of suit herein incurred;

3          d.       For such other and further relief as the Court may deem just and proper.

4    DATED this Friday, April 18, 2008.

5                                    JENS ERIK SORENSEN, as Trustee of
                                     SORENSEN RESEARCH AND DEVELOPMENT
6                                    TRUST, Plaintiff

7
                                     /s/ J. Michael Kaler
8                                    _____
                                     J. Michael Kaler, Esq.
9                                    Melody A. Kramer, Esq.
                                     Attorney for Plaintiff
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.08CV309 BTM CAB

**PROOF OF SERVICE**

I, J. Michael Kaler, declare:  I am and was at the time of this service working within in the County of San Diego, California.  I am over the age of 18 year and not a party to the within action. My business address is the Kaler Law Offices, 9930 Mesa Rim Road, Suite 200, San Diego, California, 92121.

On Friday, April 18, 2008, I served the following documents:

**REPLY TO COUNTERCLAIMS OF CENTRAL PURCHASING, LLC**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Mark J. Rosenberg<br>Sills Cummis & Gross P.C.<br>One Rockefeller Plaza<br>New York, New York 10020 | Central Purchasing, LLC | Email - Pleadings Filed with the Court via ECF |
| Susan E. Basinger<br>Higgs Fletcher & Mack LLP<br>401 West "A" Street, Suite 2600<br>San Diego, California 92101<br>basinger@higgslaw.com | Central Purchasing, LLC | Email - Pleadings Filed with the Court via ECF |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees.  The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

4.

1     ☐  (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

2

3     I declare that the foregoing is true and correct, and that this declaration was executed on

4 Friday, April 18, 2008, in San Diego, California.

5

6                  /s/ J. Michael Kaler

7                     J. Michael Kaler

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.08CV309 BTM CAB