MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

MARK J. ROSENBERG
SILLS CUMMIS & GROSS PC
One Rockefeller Plaza
New York, New York 10020
Telephone: (212) 500-1563
mrosenberg@sillscummis.com

Attorneys for Defendant
CENTRAL PURCHASING, LLC

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>              Plaintiff<br>   v.<br><br>CENTRAL PURCHASING, LLC, a California Corporation; and DOES 1 – 100,<br>              Defendants. | Case No. 08 cv 309 BTM CAB<br><br>**JOINT STIPULATION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE** |

Plaintiff Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust, and Defendant Central Purchasing, LLC by and through their respective counsel, hereby stipulate to an exception to stay for preservation of evidence by defendant on consistent terms with the ruling of this Court on August 20, 2008 in related cases[1] on motions for exception to stay to preserve evidence as follows:

1. All prototype and production molds used in the production of the molded plastic portions of the accused products within the custody and control of the Defendant will be preserved.

2. All design and technical documents for the molded plastic portions of the accused products within the control and custody of the Defendant will be preserved.

3. Plaintiff will propound (and Defendant will answer) one (1) interrogatory on the Defendant that asks for the identification of the company names and addresses of nonparty manufacturers, suppliers, and importers who have prototype, production, design, technical documents or evidence regarding the accused products.

4. The parties agree to abide by and be bound by the terms of this Stipulation upon signature by their attorneys.

The parties have authorized electronic signatures for purposes of this Stipulation.

IT IS SO STIPULATED.

//
//

---

[1] *Sorensen v. CTT Tools*, Case No. 08cv231; *Sorensen v. Emerson Electric*, Case No. 08cv00060; *Sorensen v. Esseplast*, Case No. 07cv2277; *Sorensen v. Logitech*, Case No. 08cv308; *Sorensen v. Ryobi*, Case No. 08cv00070; *Sorensen v. Senco*, Case No. 08cv00071.

1  DATED this Wednesday, September 03, 2008.

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, Plaintiff

/s/ Melody A. Kramer
_____
J. Michael Kaler, Esq.
Melody A. Kramer, Esq.
Attorneys for Plaintiff

CENTRAL PURCHASING, LLC, Defendant

/s/ Mark J. Rosenberg
_____

Mark J. Rosenberg, Esq.
Attorney(s) for Defendant

3.

Case No. 08cv309